No. 11–1195. GARDNER v. KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 11–1208. SILLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–1209. GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–1210. DONOVAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–1224. DOLEHIDE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–1235. PHELAN v. NORVILLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–1237. MIRANDA v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 11–1238. PETTERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7625. O'CONNOR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7714. MILLAN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7799. COMBS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7804. OAKLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7811. GARTHUS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8085. SIMMONS v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 11–8184. BRAWNER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.